# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ELIZABETH SPIVEY-JOHNSON,**
**f/k/a Elizabeth Pendergast,**

               Plaintiff,

      V.                             CASE NUMBER: **05-C-81**

**ALICE O'MAHAR,**

               Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's motion for leave to file her amended complaint is DENIED. Plaintiff's fourth amended request for leave to proceed** *in forma pauperis* **is DISMISSED for lack of subject matter jurisdiction. This action is hereby DISMISSED because plaintiff's complaint does not contain federal claims. This action is hereby DISMISSED.**

    **February 13, 2006**                                  SOFRON B. NEDILSKY
Date                                                             Clerk

                                                                s/ Linda M. Zik
                                                                (By) Deputy Clerk